STATE of Missouri, Plaintiff–Respondent,

v.

Keith BAIN, Defendant–Appellant.

No. 71961.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 14, 1997.

Irene Karnes, Asst. Public Defender, Columbia, for defendant–appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for plaintiff–respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

## ORDER

PER CURIAM.

Defendant appeals the judgment entered pursuant to his jury conviction for four counts of forgery. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. Rule 30.25(b). We have, however, prepared a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

Donita PENDLETON, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 72082.

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 14, 1997.

Gwenda R. Robinson, Asst. Public Defender, St. Louis, for movant/appellant.

Jeremiah W. (Jay) NIxon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent/respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

## *ORDER*

PER CURIAM.

Movant appeals the dismissal of her Rule 24.035 motion for untimeliness after she pleaded guilty to first degree murder, first degree robbery and two counts of armed criminal action. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, prepared a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).